IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02149–EWN–CBS

UTILITY SCIENCES, L.L.C., a Colorado
Liability Corporation; WILLIAM
NIELSON, an individual, and; DANA
CHAPMAN, an individual,,

     Plaintiffs,

v.

UTILITY CONSULTING GROUP, L.L.C.,
a Colorado Limited Liability Company;
JOHN FISHER, an individual;
AFFORDABLE BOOKKEEPING AND
TAXES, a Colorado company; ALLAN
NELSON, an individual; ROGER BEEMER,
an individual,

     Defendants.

## ORDER GRANTING
## MOTION FOR TEMPORARY RESTRAINING ORDER

AND NOW, this 27th day of October, 2005, upon due consideration of Plaintiffs' Motion for Temporary Restraining Order, the Brief in Support thereof and the Complaint with Plaintiffs' Affidavit, it is determined that immediate and irreparable injury, loss or damage will result to Plaintiffs before Defendants or their counsel can be heard in opposition, unless Defendants are

enjoined from using Plaintiffs' copyrighted information, from persisting in false advertising and unfair competition, and from wrongfully withholding Plaintiffs' company property;

IT IS ORDERED AND DECREED that to preserve the status quo, Defendants and any other person or entity acting in concert or participating with Defendants are hereby enjoined from:

    a. proceeding with copyright registration or using in any way the copyrighted products and materials belonging to Utility Sciences, L.L.C.; as detailed in Exhibit 24 of Plaintiffs' Complaint;

    b. conducting any business with or contacting in any way any current or potential customers of Utility Sciences, L.L.C. using the name Utility Consulting Group, L.L.C.

    c. using or disclosing to any one any confidential and proprietary business information belonging to Utility Sciences, L.L.C.;

    d. destroying or disposing of any Utility Science, L.L.C. property or any documents, including all computer-generated and/or computer-stored documents, or other items and materials that may relate to this lawsuit;

    e. continuing to wrongfully withhold the property and products of Utility Sciences, L.L.C., including the company's books and records.

It is not necessary for Plaintiffs to post a bond in this case because this Order preserves the status quo and should not cause harm to Defendants.

This Order shall expire on Monday, November 7, 2005.  The motion for a preliminary injunction is set for hearing to commence at 9:00 o'clock a.m. on Thursday, November 3, 2005.

Dated and issued at 4:55 o'clock p.m. on Thursday, October 27, 2005.

BY THE COURT:

/s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Order Granting Motion for Temporary Restraining Order signed by Judge Edward W. Nottingham on October 27, 2005 was served on October 27, 2005 by hand-delivery, where a "D.C." box number or asterisk (*) is indicated after the recipient's name, by electronic mail to the electronic mail address specified where a double asterisk (**) is indicated after the recipient's name, or otherwise by depositing it in the United States mail, postage prepaid, addressed to the recipient:

Erik Fischer**
125 S. Howes, Suite 900
Fort Collins, CO 80522
efischer@fischerandfischerlaw.com
*Attorney for Defendant(s)*

GREGORY C. LANGHAM, CLERK

By   /s/ Teri Bates
Secretary or Deputy Clerk