IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Edward W. Nottingham

Civil Action No. 05-cv-02149-EWN-CBS

UTILITY SCIENCES, LLC, a Colorado
Limited Liability Company,
WILLIAM NIELSON, an individual, and
DANA CHAPMAN, an individual

       Plaintiffs,

v.

UTILITY CONSULTING GROUP, LLC,
a Colorado Limited Liability Company,
JOHN FISHER, an individual,
AFFORDABLE BOOKKEEPING AND
TAXES, a Colorado company,
ALLAN NELSON, an individual,
ROGER BEEMER, an individual

       Defendants.
_____

ORDER
_____

       AND NOW, upon conclusion of a Status Conference held February 2, 2006, and upon due consideration of Plaintiffs' Motion to renew the Temporary Restraining Order previously issued in this case and Plaintiffs' Motion for Expedited Discovery, it is determined that immediate and irreparable injury, loss or damage will result to Plaintiffs unless Defendants are enjoined from using Plaintiffs' copyrighted information, from persisting in false advertising and unfair competition, and from wrongfully withholding Plaintiffs' company property.

       It is ORDERED AND DECREED that to preserve the status quo, the provisions of the Temporary Restraining Order originally entered by this court on October 27th, 2005 are

reinstated and effective through the resumption of the Preliminary Injunction Hearing set for 2:00 p.m., Thursday February 9, 2006. Specifically, Defendants and any other person or entity acting in concert or participating with Defendants are hereby enjoined from:

    a.    proceeding with copyright registrations or using in any way the copyrighted products and materials belonging to Utility Sciences, LLC; as detailed in Exhibit 24 of Plaintiffs' Complaint;

    b.    conducting any business with or contacting in any way any current or potential customers of Utility Sciences, LLC using the name Utility Consulting Group, LLC, or the d/b/a trade name Utility Services Center.

    c.    using or disclosing to any one any confidential and proprietary business information belonging to Utility Sciences, LLC;

    d.    destroying or disposing of any Utility Sciences, LLC property or any documents, including all computer-generated and/or computer-stored documents, or other items and materials that may relate to this lawsuit;

    e.    continuing to wrongfully withhold the property and products of Utility Sciences, LLC, including the company's books and records.

Further, it is ORDERED AND DECREED Defendants will provide the following as Expedited Discovery.

    a.    Defendant John Fisher shall deliver the Utility Sciences, LLC laptop computer currently in his possession to the offices of his counsel of record, Erik Fischer, no later that 5:00 p.m. on February 2, 2006. Erik Fischer's office will forthwith arrange for the delivery of the computer to the offices of E-Fense at 7670 S.

    Chester St., Suite 130, Englewood, CO, 80112; that delivery to be completed no later than 5:00 P.M. on Friday, February 3, 2006.

b.  Defendant John Fisher shall produce bank statements and cancelled checks, for the time period of October 12, 2005 to the present, for any and all of his personal bank/financial institution accounts, for any bank/financial accounts he has opened for and/or in the name of Utility Consulting Group, LLC, and for any bank/financial accounts he has opened for and/or in the name of Utility Sciences, LLC, such documents to be delivered to the offices of Plaintiffs' counsel by 5:00 P.M. on Friday, February 3, 2006.

c.  Defendant John Fisher shall produce any and all invoices he has caused to be created in the name of or for the benefit of Utility Sciences, LLC and in the name of or for the benefit of Utility Consulting Group, LLC since October 12, 2006, such documents to be delivered to the offices of Plaintiffs' counsel by 5:00 P.M. on Friday, February 3, 2006.

d.  Defendant John Fisher shall produce any and all contracts and purchase orders he has caused to be created in the name of or for the benefit of Utility Sciences, LLC and in the name of or for the benefit of Utility Consulting Group, LLC or Utility Service Center since October 12, 2006, such documents to be delivered to the offices of Plaintiffs' counsel by 5:00 P.M. on Friday, February 3, 2006.

e.  Defendant John Fisher shall appear for deposition on Wednesday, February 8 at the offices of Plaintiffs' counsel subject to confirmation of Mr. Fisher's availability on that date and determination of start time.

    f.    Defendant Roger Beemer shall appear for deposition on Tuesday, February 7 at the offices of Plaintiffs' counsel subject to confirmation of Mr. Beemer's availability on that date and determination of start time.

It is not necessary for Plaintiff to post a bond in this case because this Order preserves the status quo and should not cause harm to Defendant.

Dated: February 6, 2006

                              BY THE COURT


                              <u>s/ Edward W. Nottingham</u>
                              EDWARD W. NOTTINGHAM
                              United States District Judge