IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02149–EWN–CBS

UTILITY SCIENCES, L.L.C., a Colorado
Limited Liability Corporation; WILLIAM
NIELSEN, an individual, and; DANA
CHAPMAN, an individual,

    Plaintiffs,

v.

UTILITY CONSULTING GROUP, L.L.C.,
a Colorado Limited Liability Company;
JOHN FISHER, an individual;
AFFORDABLE BOOKKEEPING AND
TAXES, a Colorado company; ALLAN
NELSON, an individual; ROGER BEEMER,
an individual,

    Defendants.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion for Addition to 2-9-06 Hearing" filed February 7, 2006, is GRANTED.

Dated: February 7, 2006