IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02149–EWN–CBS

UTILITY SCIENCES, L.L.C., a Colorado
Limited Liability Corporation; WILLIAM
NIELSEN, an individual, and; DANA
CHAPMAN, an individual,

      Plaintiffs,

v.

UTILITY CONSULTING GROUP, L.L.C.,
a Colorado Limited Liability Company;
JOHN FISHER, an individual;
AFFORDABLE BOOKKEEPING AND
TAXES, a Colorado company; ALLAN
NELSON, an individual; ROGER BEEMER,
an individual,

      Defendants.

---

**ORDER**

---

Upon consideration of the motion for a briefing schedule and stipulation to extend the

preliminary injunction (#32) , it is

ORDERED as follows:

1.  The motion is GRANTED.

2.  Defendants shall respond to the motion for sanctions on or before March 1, 2006.

3.  Plaintiffs may reply on or before March 15, 2006.

4.  The injunctive relief heretofore entered in this case is hereby extended and shall remain in full force and effect until further order of this court.

Dated this 21st day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge