IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05-cv-02149-EWN-CBS

UTILITY SCIENCES, LLC, a Colorado Limited Liability Company,
WILLIAM NIELSEN, an individual, and
DANA CHAPMAN, an individual

      Plaintiffs,

v.

UTILITY CONSULTING GROUP, LLC, a Colorado Limited Liability Company,
JOHN FISHER, an individual,
AFFORDABLE BOOKKEEPING AND TAXES, a Colorado company,
ALLAN NELSON, an individual,
ROGER BEEMER, an individual

      Defendants.

_____

### ORDER DISMISSING CASE WITH PREJUDICE
_____

Upon consideration of the parties' Stipulated Motion to Dismiss with Prejudice ("Motion"), and being fully advised in the premises, it is

ORDERED as follows:

1.    The Motion is GRANTED;

2.    Each Party shall be responsible for its own costs and attorneys' fees;

3.    Civil Action No. 05-CV-02149-EWN-CBS is hereby dismissed in its entirety, with prejudice.

Dated this 31st day of July, 2006

                              BY THE COURT

                              s/ Edward W. Nottingham
                              Edward W. Nottingham
                              United States District Judge